UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D. BOWER, et al.,<br><br>　　　　　Respondents. | No.  2:12-cv-02810 TLN DAD P<br><br><br>FINDINGS & RECOMMENDATIONS |

　　　　On August 12, 2013, petitioner was ordered to file an amended petition for a writ of habeas corpus and an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee within thirty days from the date of the order.  Thirty days from that date have now passed, and petitioner has not filed an amended petition or in forma pauperis, submitted the appropriate filing fee, or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 23, 2013

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will2810.fta-fifp